

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00356-CR

Alfred F. **VALENZUELA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR9521
Honorable Lorina I. Rummel, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED July 1, 2015.

_____
Marialyn Barnard, Justice